February 18, 1983

Kestenbaum v Michigan State University. (Docket No. 65473.) Rehearing denied. *Vande Bunte, Kinkade, Pratt & Frank* for plaintiff-appellant. *Byron H. Higgins* for defendants-appellees. Reported at 414 Mich 510.

Cavanagh, J., would grant rehearing.

Antcliff v State Employees Credit Union. (Docket No. 64670.) Rehearing denied. *Church, Wyble, Kritselis & Robinson, P.C.,* and *Anderson, Hay & Wonch, P.C.,* for plaintiffs-appellants. *Joselyn, Rowe, Jamieson, Grinnan, Callahan & Hayes, P.C.,* for defendant-appellee. Reported at 414 Mich 624.

Cavanagh, J., not participating.

Fresard v Michigan Millers Mutual Insurance Company. (Docket No. 65261.) Rehearing denied. *Hill, Lewis, Adams, Goodrich & Tait* for plaintiffs-appellees. *Conklin, Benham, McLeod, Ducey & Ottaway, P.C.,* for defendant-appellant. Reported at 414 Mich 686.

Kukowski v Piskin. (Docket No. 65632.) Rehearing denied. *Sommers, Schwartz, Silver & Schwartz, P.C.,* for plaintiffs-appellants. *Cholette, Perkins & Buchanan* for defendant-appellee. Reported at 415 Mich 31.

Consumers Power Company v Public Service Commission and Attorney General v Public Service Commission. (Docket Nos. 62883, 62884.) Rehearing denied. *Lawrence B. Lindemer, Allen B. Bass, David A. Mikelonis,* and *Loomis, Ewert, Ederer, Parsley, Davis & Gotting* for plaintiff-appellee. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, and *Hugh B. Anderson,* Assistant Attorney General, for the Attorney General. *MacLean, Seaman, Laing & Guilford* for Michigan Retailers Association. Reported at 415 Mich 134.

Foremost Life Insurance Company v Waters. (Docket No. 62932.) Rehearing denied. *Varnum, Riddering, Wierengo & Christenson* for plaintiff-appellant. *Rhoades, McKee & Boer* for defendant-appellee. Reported at 415 Mich 303.